AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| <u>UNITED STATES DISTRICT COURT</u><br>*Plaintiff*<br>v.<br><u>WILLIAM CALEB ELLIOTT</u><br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No. 4:25-
cr-00226

## NOTICE OF CO-COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counel for:

<u>WILLIAM CALEB ELLIOT</u>

Date: _____11/01/2019_____

_____
*Attorney's signature*

GREGG M. GIBBS, 00798204
*Printed name and bar number*

1575 Heritage Dr., Suite 301,
McKinney, Texas 75069

_____
*Address*

darla@mckinneylaw.com
*E-mail address*

(972) 562-0266
*Telephone number*

(972) 569-9278
*FAX number*