# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number  4:25CR226 |
| | § | |
| WILLIAM CALEB ELLIOTT | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

The  Motion for Continuance filed by Defendant (Dkt.#27) is **GRANTED**. The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1.  Defendant's request is made knowingly, intelligently, and voluntarily.

2.  The Government has no objection to a continuance.

3.  Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the Defendants' requests outweigh the best interest of the public and the Defendant in a speedy trial.

4.  The continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5.  The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendant's motion is **GRANTED**.

This case is RESET for **Pretrial Conference** on **September 4, 2026** at 10:00 a.m. in Courtroom #208, Paul Brown United States Courthouse, 101 East Pecan Street, Sherman, Texas at which time dates for **Jury Selection** and **Trial** will be determined.

The following deadlines shall apply in this case:

July 31, 2026        Deadline for pretrial motions. Responses to motions are due in accordance with the Local Rules.

August 14, 2026      Notification of plea agreement or motion to continue shall be filed with the court by this date. After this deadline, Defendant may not receive a points reduction for acceptance of responsibility.

Should the Parties desire a jury trial, a motion for special setting should be filed.

 **SIGNED this 13th day of April, 2026.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2